LAW LIBRARY

NO. 28690

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JEFFREY SMITH AND LAUREL SMITH, Plaintiffs-Appell...
v. HEINZ-GUENTHER PINK, Defendant-Appellant

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAI'I

2010 APR 27 AM 8:34

FILED

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1RC07-711)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant Heinz-Guenther Pink's letter dated April 20, 2010, which this Court will construe as a motion to reconsider the April 15, 2010 summary disposition order, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, April 27, 2010.

On the motion:

Heinz-Guenther Pink
Pro Se Defendant-Appellant

Presiding Judge

Associate Judge

Associate Judge